USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BLACK + GOLD CORPORATION,

                Plaintiff,

    -against-

A360 MEDIA, LLC DBA MEN'S JOURNAL,

                Defendant.
------------------------------------------------------------X

22-CV-9572 (VEC)

ORDER

**VALERIE CAPRONI, District Judge:**

WHEREAS Plaintiff effectuated service on the Defendant on November 14, 2022, Dkt. 8;

WHEREAS Defendant has not appeared in this case or responded to the Complaint;

WHEREAS pursuant to the Court's November 11, 2022, Order, Plaintiff was required to move for default judgment "no later than 45 days after the date of the service of the Complaint" if Defendant failed to appear or respond to the Complaint, Dkt. 7; and

WHEREAS Plaintiff has not sought default judgment against the Defendant.

IT IS HEREBY ORDERED that Plaintiff must move for default judgment against the Defendant in accordance with this Court's Individual Practices by no later than **January 6, 2023**, or this matter will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Date: January 4, 2023**
**New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**